**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00072-CR

### THE STATE OF TEXAS, Appellant

### V.

### LAWRENCE CLARK SANDLIN, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82012-2012**

## ORDER

Appellee's July 14, 2014 motion for extension of time to file appellee's brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on July 14, 2014 is **DEEMED** timely filed on the date of this order.

/s/    LANA MYERS
JUSTICE